UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                               CHAPTER 13
WILLIAM R. REMMERS
JODI A. REMMERS                                      CASE NO. 13-82098

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:   Veripro Solutions, Inc.          Court claim #: 4**

**Last four digits** of any number used to identify the debtor's account: 1843

---

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $4,310.26 |
| Amount Paid by Trustee | $4,310.26 |

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐     Thru the Chapter 13 Plan          ☒     Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   2/4/2016                         /s/Lydia S. Meyer
                                          Lydia S. Meyer, Trustee
                                          308 W. State St., Suite 212
                                          Rockford, IL  61101

Certificate of Service
     I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 4th Day of February, 2016.

Dated:   2/4/2016                         /s/Cynthia K. Burnard

VERIPRO SOLUTIONS, INC
PO BOX 3244
COPPELL, TX 75019

BANK OF AMERICA NA
475 CROSSPOINT PARKWAY
PO BOX 9000
GETZVILLE, NY  14068

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619096
DALLAS, TX 75261-9741

VERIPRO SOLUTIONS INC
PO BOX 3572
COPPELL, TX 75019

PROBER & RAPHAEL
P.O. BOX 4365
WOODLAND HILLS, CA  91365-4365

WILLIAM R. REMMERS
JODI A. REMMERS
409 E. 3RD STREET
DIXON, IL  61021

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603